UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH PRACH,

    Plaintiff,                                  Case No. 09-13756

v.                                           Honorable Patrick J. Duggan

HOLLYWOOD SUPERMARKET, INC.,

    Defendant.
_____/

## JUDGMENT

This matter is before the Court on Defendant's motion for summary judgment. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion is granted and Plaintiff's complaint is **DISMISSED** with prejudice.

                                                       s/PATRICK J. DUGGAN
                                                       UNITED STATES DISTRICT JUDGE

Date: August 27, 2010

Copy to:
Beth M. Rivers, Esq.
Kevin M. Carlson, Esq.
Andrew T. Baran, Esq.